## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Jennie Marie Moore, | : | |
| Debtor. | : | Case No. 08-17698(JKF) |

| | | |
|---|---|---|
| Jennie Marie Moore, | : | |
| Plaintiff, | : | |
| v. | : | |
| PHH Mortgage Coporation d/b/a Coldwell Banker Mortgage, | : | |
| Defendant. | : | Adversary No. 09-0054 |

## ORDER

**AND NOW**, this 10th day of May, 2010, upon consideration of the Motion for Summary Judgment by plaintiff, Jennie Marie Moore ("Debtor"), and the response thereto of defendant, PHH Mortgage Corporation d/b/a Coldwell Banker Mortgage, it is hereby **ORDERED** and **DECREED** that the Motion is **DENIED**.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Irwin Lee Trauss, Esquire
Philadelphia Legal Services
42 South 15th Street, Suite 500
Philadelphia, PA 19102

Edward J. Hayes, Esquire
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, PA 19103